# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RANDOLPH IVAN & ROSA ELVIRA PINNER |
| **Case Number:** | 2:09-BK-07721-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8603 WILLOW AVE., PEORIA, AZ 85381 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A., AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2004 ASSET-BACKED .

**R / M #:**   21 / 0

## *Appearances:*

CLEMENT LESLIE, ATTORNEY FOR RANDOLPH IVAN PINNER, ROSA ELVIRA PINNER
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## *Proceedings:*

Counsel requests this hearing be continued for 30 days.

CLERK:  THE MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8603 WILLOW AVE., PEORIA, AZ 85381 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF WELLS FARGO BANK, N.A., AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2004 ASSET-BAC IS CONTINUED TO FEBRUARY 16, 2010 AT 2:30 P.M.